1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD, IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 Williamsburg Lane
3  Chico, CA. 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorney for Plaintiff
   JAMES SANFORD
6
   RYAN A. WILLIAMS, SBN 226579
7  MESSNER & REEVES, LLC
   1430 Wynkoop Street, Suite 400
8  Denver, CO 80202
   Telephone: (303) 623-1800
9  Facsimile: (303) 623-0552

10 Attorneys for Defendant
   CHIPOTLE MEXICAN GRILL, INC.
11

12

13

14
            THE UNITED STATES DISTRICT COURT
15
          FOR THE EASTERN DISTRICT OF CALIFORNIA
16

17

18 JAMES SANFORD,                )   CIV.S 05-1495 GEB PAN
                                 )
19     Plaintiff,                )
                                 )   **Stipulation to Continue the Status**
20     vs.                       )   **Conference and [Proposed] Order**
                                 )   **Thereon**
21 CHIPOTLE MEXICAN GRILL,       )
   INC. dba CHIPOTLE; ROGER S.   )
22 SWANSON; LYNN SWANSON,        )   Date:  November 14, 2005
                                 )   Time:  9:00 a.m.
23 and DOESN 1 through 10,       )   Ctrm:  10
                                 )
24                               )
       Defendant.                )
25 _____)

26

27

28

**Sanford v. Chipotle, et al., CIV.S 05-1495 GEB PAN**
**Stipulation to Continue the Status Conference**
                       Page 1

1    It is hereby stipulated by and between plaintiff, James Sanford
2    ("plaintiff"), and defendant, Chipotle Mexican Grill, Inc. dba Chipotle
3    ("defendant") and their respective counsel, that the date for the status
4    conference be continued for thirty (30) days. The parties make this request
5    due to the following reasons:
6        1.    Defendant, Roger S. Swanson, and Defendant, Lynn Swanson,
7    has not yet been served. Plaintiff anticipates serving theses defendants within
8    fourteen (14) days.
9        2.    The parties feel it would be counter productive to hold a status
10   conference without all the necessary parties.
11       Plaintiff anticipates that all parties will have appeared and be prepared
12   to participate in the continued status conference.

Dated: October ___, 2005        LAW OFFICES OF LYNN HUBBARD

                                _____/s/_____
                                LYNN HUBBARD, III
                                Attorney for Plaintiff
                                JAMES SANFORD

Dated: October ___, 2005        MESSNER & REEVES, LLC

                                _____/s/_____
                                RYAN A. WILLIAMS
                                Attorney for Defendant
                                CHIPOTLE MEXICAN GRILL, INC. dba
                                CHIPOTLE

<u>Sanford v. Chipotle, et al.</u>, CIV.S 05-1495 GEB PAN
**Stipulation to Continue the Status Conference**
Page 2

# ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the status conference be to January 23, 2006, at 9:00 a.m., with the joint status report fourteen (14) days prior to the conference.

DATED: October 26, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Sanford v. Chipotle, et al., CIV.S 05-1495 GEB PAN
Stipulation to Continue the Status Conference
Page 3